IPSCO, INC. AND IPSCO STEEL, INC., PLAINTIFFS, AND ALGOMA STEEL CORP., LTD. AND SONCO STEEL TUBE DIV., FERRUM, INC. *v.* UNITED STATES, DEFENDANT, AND LONE STAR STEEL CO., DEFENDANT-INTERVENORS

Court No. 86–06–00753

(Dated July 14, 1992)

### JUDGMENT

RESTANI, *Judge*: In conformity with the decision of the Court of Appeals for the Federal Circuit, Appeal Nos. 91–1236/1257 (June 3, 1992), it is hereby

ORDERED that the Department of Commerce's first remand determination, filed with the court on September 2, 1988, is sustained; and it is further

ORDERED that this action is dismissed.